646

■ JOHN B. GREEN, Respondent, v. WALTER RODENHOUSE, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe County Court for plaintiff in an action for salary due under a contract of employment.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ GEORGE A. LANGAN, as Trustee of ONONDAGA LITHOLITE COMPANY, a Bankrupt, et al., Appellants, v. FIRST TRUST & DEPOSIT COMPANY et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term denying a motion by plaintiff and Howard T. Yates, a creditor, to amend *nunc pro tunc* the pleadings and judgment herein.) Present — Vaughan, J. P., Kimball, Williams and Bastow, JJ.

■ In the Matter of JOHN ROCK, an Infant, by DONALD F. ROCK, His Guardian ad Litem, Respondent, against COUNTY OF ONONDAGA, Appellant.— Order affirmed, with $10 costs and disbursements. All concur, except Vaughan and Williams, JJ., who dissent and vote for reversal and denial of the motion. (Appeal from an order of Onondaga County Court permitting late filing of notice of claim.) Present — McCurn P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ In the Matter of the Probate of the Will of LUDWIG BARTH, Deceased. RAYMOND W. BARTH, Appellant; ERNEST BARTH et al., Respondents.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Onondaga Surrogate's Court granting proponent's motion to vacate contestant's notice of examination before trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ EDWARD L. HORTON et al., Appellants, v. EUGENE L. WALKER et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie County Court denying plaintiffs' motion to strike out certain affirmative defenses in defendants' answer, and for summary judgment for relief demanded in the complaint.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VIRGIL EARL REYNOLDS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of warden of Attica Prison.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ MARY A. TAYLOR, as Administratrix of the Estate of FRANK E. TAYLOR, Deceased, Respondent, v. INTERSTATE MOTOR FREIGHT SYSTEM, Appellant.— Motion for an order permitting oral argument on the remittitur of the Court of Appeals and order of Appellate Division entered March 14, 1956, denied. Present — McCurn, P. J., Vaughan, Kimball and Wheeler, JJ. [See 1 A D 2d 933.]

■ In the Matter of the Estate of ALEXANDRA NOWAKOWSKI, Deceased. FELIX NOWAKOWSKI, Appellant; LOUIS SZCZUKOWSKI et al., as Executors of ALEXANDRA NOWAKOWSKI, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [See 1 A D 2d 250.]

■ PAUL WATERMAN, Appellant-Respondent, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 32473.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [See 1 A D 2d 235.]